944

No. 269, Misc. SAXTON v. RAGEN, WARDEN. Supreme Court of Illinois, Circuit Court of Will County and Circuit Court of Kane County, Illinois. Certiorari denied.

No. 270, Misc. BERNOVICH v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 272, Misc. SWAIN v. DUFFY, WARDEN. Supreme Court of California. Certiorari denied.

No. 277, Misc. BERMAN v. SWENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 280, Misc. PETERS v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. *Wm. Scott Stewart* for petitioner.

No. 283, Misc. EDMONDSON v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 286, Misc. DeWEESE v. RAGEN, WARDEN. Supreme Court of Illinois, Circuit Court of Will County and Circuit Court of Rock Island County, Illinois. Certiorari denied.

No. 288, Misc. TAYLOR v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 252, Misc. WILLIS v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois; and
No. 281, Misc. SCOTT v. ROBINSON, WARDEN. Circuit Court of Marion County, Illinois. The petition for writ